**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**ALVIN FAULKNER,**

      **Plaintiff,**

   **v.**                                     **Civil Action No. 3:23cv581**

**UNKNOWN,**

      **Defendant.**

## MEMORANDUM OPINION

Plaintiff, a Maryland inmate proceeding *pro se*, submitted this action. By Memorandum Order entered on November 17, 2023, the Court noted that the Complaint is this action failed to comply with Federal Rule of Civil Procedure 8(a). That rule provides:

> **(a) Claim for Relief.** A pleading that states a claim for relief must contain:
>
> **(1)** a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
>
> **(2)** a short and plain statement of the claim showing that the pleader is entitled to relief; and
>
> **(3)** a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a). Plaintiff failed to identify the basis for the Court's jurisdiction or provide a short and plain statement of his claim. The Court directed Plaintiff, within thirty (30) days of the date of entry thereof, to file a complaint that complies with Federal Rule of Civil Procedure 8(a). Plaintiff failed to respond to the November 17, 2023 Memorandum Order. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall issue.

Date: 1|9|2024
Richmond, Virginia

                                         /s/
                               M. Hannah Lauck
                               United States District Judge